

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-11-00069-CR

_____

DOUGLAS JAMES LANE, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 7th Judicial District Court
Smith County, Texas
Trial Court No. 007-1469-10

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Moseley

MEMORANDUM OPINION

Douglas James Lane, appellant, has filed with this Court a motion to dismiss his appeal, originally filed in the Tyler Court of Appeals.[1] The motion is signed by Lane and by his counsel in compliance with Rule 42.2(a) of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.2(a). As authorized by Rule 42.2, we grant the motion. *See* TEX. R. APP. P. 42.2.

Accordingly, we dismiss the appeal.


Bailey C. Moseley
Justice


Date Submitted:     May 6, 2011
Date Decided:      May 9, 2011

Do Not Publish

---

[1]Originally appealed to the Twelfth Court of Appeals, this case was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. *See* TEX. GOV'T CODE ANN. § 73.001 (Vernon 2005). We are unaware of any conflict between precedent of the Twelfth Court of Appeals and that of this Court on any relevant issue. *See* TEX. R. APP. P. 41.3.